Dismissed and Memorandum Opinion filed October 26, 2006








Dismissed
and Memorandum Opinion filed October 26, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00847-CR

____________

 

DARRYL ANDRE WILLIAMS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County, Texas

Trial Court Cause No. 1081886

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to possession of less than one gram of cocaine.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on August 28, 2006, to confinement for 60 days in the
Harris County Jail.  Appellant filed a pro se notice of appeal.  We dismiss the
appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, the defendant has no right of
appeal, and the defendant waived any right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R.
App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed October
26, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b).